# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-1528

_____

| | | |
|---|---|---|
| Earnie Howell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Arkansas Employment Security | * | |
| Department; Rhonda Dortch, in her | * | [UNPUBLISHED] |
| official and individual capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 14, 2005
Filed: May 2, 2005

_____

Before LOKEN, Chief Judge, HANSEN and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Earnie Howell worked for the Arkansas Employment Security Department as the office manager of the Jonesboro office. In September 2001, he was transferred to the position of office manager of the Walnut Ridge office, a somewhat smaller office approximately twenty-five miles away. Howell retained the same grade, pay, and benefits. He sued the Arkansas Employment Security Department and its area operations chief, Rhonda Dortch, alleging age and sex discrimination.

The district court[1] granted summary judgment to the defendants, concluding that the transfer did not constitute an adverse employment action. Howell appeals.

The district court correctly concluded that, under the uncontroverted facts of the case at bar, the transfer was not an adverse employment action. See, e.g., Curby v. Solutia, Inc., 351 F.3d 868, 874 (8th Cir. 2003); Jones v. Fitzgerald, 285 F.3d 705, 714 (8th Cir. 2002); Hoffman v. Rubin, 193 F.3d 959, 964 (8th Cir. 1999); Montandon v. Farmland Indus., Inc., 116 F.3d 355, 359 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[1] The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.